No. 05–6757. HOWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 05–6758. HOOP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 05–6759. GUARDADO, AKA RUIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–6760. GUTIERREZ-CASILLAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 05–6766. ARIAS-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6768. MELQUIADES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–6769. DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6772. ESTEP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 05–6778. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–6780. STONEROOK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–6781. SERRANO-PINERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–6782. RESTREPO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–6784. MEDINA-MORILLO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–6787. SANCHEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 05–6791. BYRD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–6792. BATISTA *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 3d Cir. Certiorari denied. 
